1  Matthew D. Marca, Bar No. 180686
   TAYLOR & GUTIERREZ, LLP
2  332 Pine Street, Suite 600
   San Francisco, CA 94104
3  Telephone: (415) 591-3300
   Facsimile: (415) 591-3310
4
   Attorneys for Defendants
5  ABM Janitorial Services, Inc. and Mario Mantis

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DEBORAH BAIRFIELD,                )   Case No. C06-5061MHP
                                     )
12            Plaintiff,             )   **Stipulation and [Proposed] Order
                                     )   Granting Leave to File Second
13 v.                                )   Amended Complaint**
                                     )
14 ABM INDUSTRIES, INC. and MARIO    )
   MONTIS,                           )
15                                   )
              Defendants.            )
16 _____ )

17     WHEREAS, Plaintiff Deborah Bairfield, and Defendants ABM Janitorial Services,

18 Inc. and Mario Mantis, enter into this stipulation for Plaintiff Deborah Bairfield to file her

19 Second Amended Complaint;

20     WHEREAS, Defendants ABM Janitorial Services, Inc. and Mario Mantis, agree to

21 waive the requirement under F.R.C.P. 15(a) that Plaintiff Deborah Bairfield file a noticed

22 motion to obtain leave of court to file her Second Amended Complaint;

23     WHEREAS, counsel for Defendants ABM Janitorial Services, Inc. and Mario Mantis,

24 agrees to accept service on behalf of ABM Janitorial Services, Inc. and Mario Mantis, of the

25 Second Amended Complaint;

26     WHEREAS, Plaintiff Deborah Bairfield intends to file her Second Amended

27 Complaint, which would alter the First Amended Complaint in the following ways only:

28 ///

1) The Second Amended Complaint will name the correct employer entity Defendant, ABM Janitorial Services, Inc., and not ABM Industries, Inc. as the entity defendant; and

2) Plaintiff will assert her Seventh Cause of Action for Religious Discrimination in Violation of FEHA (California Government Code Section 12940, *et seq.*) against ABM Janitorial Services, Inc., **only**, and she will remove Defendant Mario Mantis from this Cause of Action.

WHEREAS, Plaintiff Deborah Bairfield will file her Second Amended Complaint within **10 days of the entry of** this Order;

WHEREAS, Defendants ABM Janitorial Services, Inc. and Mario Mantis, will respond to the Second Amended Complaint **20 days** after being served with it.

Dated: November 6, 2006        TAYLOR & GUTIERREZ LLP

By: _____
Matthew D. Marca
Attorneys for Defendants
ABM Janitorial Services, Inc. and Mario Mantis.

Dated: November 06, 2006       CAMERLENGO & JOHNSON

By: _____
George Camerlengo
Attorneys for Plaintiff Deborah Bairfield

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/8/2006

IT IS SO ORDERED
Judge Marilyn H. Patel

TAYLOR & GUTIERREZ, LLP
332 Pine Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 591-3300
Facsimile: (415) 591-3310

Stipulation and [Proposed] Order Granting Leave to File Second Amended Complaint
X:\740\003\stp-order.wpd
Page 2 of 2