```
 1  Matthew D. Marca, Bar No. 180686
    Chance C. Hawkins, Bar No. 216712
 2  TAYLOR & GUTIERREZ, LLP
    332 Pine Street, Suite 600
 3  San Francisco, CA 94104
    Telephone: (415) 591-3300
 4  Facsimile: (415) 591-3310

 5  Attorneys for Defendants
    ABM Janitorial Services - Northern California and Mario Montis
 6

 7

 8                          UNITED STATES DISTRICT COURT

 9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  DEBORAH BAIRFIELD,              )    No.   C06-5061MHP
                                    )
12              Plaintiff,          )    Stipulation and [Proposed] Order
                                    )    Re: Judicial Mediation
13  v.                              )
                                    )
14  ABM INDUSTRIES, INC. and MARIO  )
    MANTIS,                         )
15                                  )
                Defendants.         )
16  _____)

17       WHEREAS on December 18, 2006, at the Initial Case Management Conference, the

18  parties were ordered by Honorable Judge Marilyn Hall Patel to participate in a Settlement

19  Conference on March 8, 2007, before Magistrate Edward M. Chen; and

20       WHEREAS the parties subsequently received a Notice of Appointment of Mediator

21  and have been informed that they must complete Judicial Mediation by April 17, 2007;

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

Case No. C06-5061MHP - Stipulation and [Proposed] Order Re: Judicial Mediation
X:\740\003\stlp-mediation.wpd                                                              Page 1 of 2

JAN-11-2007 23:56    From:6505797975              ID:TAYLOR & GUTIERREZ    Page:002  R=94%

1 | IT IS HEREBY STIPULATED that the parties be removed from the Court's mediation
2 | program in that they will be going to a settlement conference before Magistrate Edward M.
3 | Chen. The parties request that the Court-assigned Mediator, Jamie L. Dupree, be informed
4 | that this case has been removed from the Court's mediation program.
5 | Dated: January 11, 2007                           TAYLOR & GUTIERREZ LLP
6 |
7 |                                                   By: _____
                                                        Matthew D. Marca
8 |                                                     Attorneys for Defendants
                                                        ABM Janitorial Services, Inc. and Mario Mantis.
9 |
10 | Dated: January 11, 2007                          CAMERLENGO & JOHNSON
11 |
12 |                                                  By: _____
                                                        George Camerlengo   Judith Johnson
13 |                                                   Attorneys for Plaintiff Deborah Bairfield
14 |
15 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
16 | Dated: Jan. 12, 2007
17 |                                                  THE HONORABLE MARILYN HALL
                                                      PATEL
18 |
19 |
20 |
...
28 |

Case No. C06-5061MHP - Stipulation and [Proposed] Order Re: Judicial Mediation    Page 2 of 2
X:\740\003\stip-mediation.wpd

JAN-11-2007 23:56    From:6505797975                ID:TAYLOR & GUTIERREZ       Page:003   R=94%